IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNIE MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-2122-M |
| | § | |
| PARAMOUNT RECOVERY SYSTEMS, LP, | § | |
| | § | |
| Defendant. | § | Pretrial Management |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Remand to JP Court*, filed October 4, 2016 (doc. 13), is **GRANTED**. By separate judgment, this action will be **REMANDED** to the Justice of the Peace Court, Precinct 5, Place 2, of Dallas County, Texas.

**SIGNED** this 22nd day of March, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE